**SEALED**

**FILED**
APR 24 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY

McGREGOR W. SCOTT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NOS. 2:17-SW-1071 CKD |
| --- | --- |
| INFORMATION ASSOCIATED WITH TOPDOLLA1237@GMAIL.COM AND JAMAINEB01@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | 2:17-SW-1072 CKD [PROPOSED] ORDER COMMANDING GOOGLE NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANTS |
| | **UNDER SEAL** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the accounts listed in the warrants) of the existence of the captioned warrants until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the captioned warrants will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. See 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google shall not disclose the existence of the captioned warrants or this Order of the Court, to the listed subscriber or to any other person for a period of 180 days from the date of this order, unless and until otherwise authorized to do

[PROPOSED] ORDER

so by the Court except that Google may disclose the attached warrant to an attorney for Google for the purpose of receiving legal advice. The Government may seek an additional 180 days of non-disclosure upon a showing of cause.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated: 4/23/2018

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE